IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02261-AP

PHILLIP A. NOVAK,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    Frederick W. Newall
    730 N. Weber, #101
    Colorado Springs, CO 80903
    (719) 633-5211
    newallfrederickw@qwest.net

    For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570; (303) 844-0770 (facsimile)
    debra.meachum@ssa.gov;
    d_meachum@hotmail.com

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:
        **November 7, 2005.**
    B.    Date Complaint Was Served on U.S. Attorney's Office:
        **November 28, 2005.**
    C.    Date Answer and Administrative Record Were Filed:
        **January 27, 2005.**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The Defendant, to the best of her knowledge, states that the administrative record is complete and accurate. Plaintiff reserves his opinion on or about the time of filing of Opening Brief.**

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties will not submit additional evidence.**

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

**7.  OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

**8.  PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:        **APRIL 06, 2006.**
    B.    Defendant's Response Brief Due:    **MAY  09, 2006.**
    C.    Plaintiff's Reply Brief (If Any) Due:  **MAY 23, 2006.**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:
        **Plaintiff does not request oral argument.**
    B.    Defendant's Statement:
        **Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.     **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
B.     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 21st day of February, 2006.

BY THE COURT:

 S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

    For Plaintiff:

    s\Frederick W. Newall 2/16/06
    Frederick W. Newall, Esq.
    730 N. Weber, #101
    Colorado Springs, CO 80903
    newallfrederickw@qwst.net

    For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov


    s\Debra J. Meachum 2/16/06
By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570
    (303) 844-0770 (facsimile)
    debra.meachum@ssa.gov
    d_meachum@hotmail.com